DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**POMPANO SENIOR SQUADRON FLYING CLUB, INC.,**
Appellant,

v.

**STEVEN J. BORER** and **MICHAEL W. BORER,**
Appellees.

No. 4D21-1520

[December 1, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Phoebee R. Francois, Judge; L.T. Case No. COWE20-22099 (81).

Edward F. Holodak of Edward F. Holodak, P.A., Plantation, for appellant.

Ron Renzy of Wallberg & Renzy, P.A., Coral Springs, for appellees.

PER CURIAM.

Appellant appeals a final judgment in favor of appellees. We affirm all issues raised without comment. However, we remand for the trial court to strike the reference to Michael Borer as a recovering party in the final judgment because he previously voluntarily dismissed his claim. *See generally Conklin v. Perez*, 321 So. 3d 294 (Fla. 4th DCA 2021) (affirming and remanding to correct scrivener's error).

*Affirmed and remanded with instructions.*

WARNER, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***